CO-386-online
10/03

# United States District Court
# For the District of Columbia

HONEYWELL TECHNOLOGY )
SOLUTIONS, INC. )
)
)
   vs   Plaintiff )   Civil Action No._____
)
DEPARTMENT OF THE AIR FORCE )
)
)
   Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Honeywell Technology Solutions, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Honeywell Technology Solutions, Inc.__ which have any outstanding securities in the hands of the public:

   Honeywell International Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

436669
BAR IDENTIFICATION NO.

Richard J. Vacura
Print Name

Morrison & Foerster LLP, 1650 Tysons Blvd., Suite 300
Address

McLean, VA  22102
City     State     Zip Code

(703) 760-7700
Phone Number