U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Honeywell Technology Solutions, Inc.

vs.

Department of the Air Force

No. 1:05CV01772 RWR

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, SHANNON R. ROBERTS, having been duly authorized to make service of the Summons, Complaint For Declaratory Judgment and Injunctive Relief (Reverse-FOIA), Notice of Right to Consent to Trial Before a United States Magistrate Judge, Verification, Certificate Rule LCvR 7.1 and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 07-09-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:40 pm on September 8, 2005, I served Alberto Gonzales, Attorney General for the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0001 by serving David Burroughs, Mailroom Supervisor, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     28
HEIGHT-  5'8"
HAIR-    BROWN
WEIGHT-  170
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 9/9/05
            Date

SHANNON R. ROBERTS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 158035

RECEIVED
SEP 22 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HONEYWELL TECHNOLOGY
SOLUTIONS, INC.,

Plaintiff

V.

DEAPARTMENT OF THE AIR FORCE,

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01772

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Review

DATE STAMP: 09/06/2005

TO: (Name and address of Defendant)

Alberto Gonzales, Esq.
Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Vacura
Morrison & Foerster LLP
1650 Tysons Blvd., Suite 300
McLean, VA 22102
Phone: 703-760-7700

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    SEP 0 6 2005
CLERK                                         DATE

_[signature]_
(BY) DEPUTY CLERK