U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Honeywell Technology Solutions, Inc.

vs.

Department of the Air Force

No. 1:05CV01772

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons, Complaint For Declaratory Judgment and Injunctive Relief (Reverse-FOIA), Notice of Right to Consent to Trial Before a United States Magistrate Judge, Verification, Certificate Rule LCvR 7.1 and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:20 pm on September 7, 2005, I served Kenneth L. Wainstein, Esquire, U.S. Attorney for the District of Columbia at United States Attorney's Office for the District of Columbia, 501 3rd Street, NW, Washington, DC 20001 by serving Lori Cox, Legal Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     39
HEIGHT-  5'0"
HAIR-    BLACK
WEIGHT-  100
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 09-08-05
            Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 158033

**RECEIVED**

SEP 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HONEYWELL TECHNOLOGY
SOLUTIONS, INC.,

Plaintiff

V.

DEAPARTMENT OF THE AIR FORCE,

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV01772

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Review

DATE STAMP: 09/06/2005

TO: (Name and address of Defendant)

Kenneth L. Wainstein, Esq.
U.S. Attorney for the District of Columbia
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Vacura
Morrison & Foerster LLP
1650 Tysons Blvd., Suite 300
McLean, VA 22102
Phone: 703-760-7700

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    SEP 0 6 2005

CLERK                                         DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK