UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL TECHNOLOGY SOLUTIONS, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-1772 (RWR) ) |
| DEPARTMENT OF THE AIR FORCE, | ) ) |
| Defendant. | ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Peter D. Blumberg, Assistant United States Attorney, as counsel of record for defendant Department of the Air Force in the above-captioned case.

Respectfully submitted,

/s/
PETER D. BLUMBERG, D.C. Bar #463247
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., 10th Floor
Washington, D.C.  20530
(202) 514 -7157