UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL TECHNOLOGY SOLUTIONS, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-1772 (RWR) ) |
| DEPARTMENT OF THE AIR FORCE, | ) ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant respectfully moves this Court for an enlargement of time, through and including November 21, 2005, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. The United States Attorney's Office was served with a copy of the Complaint on September 7, 2005. Consequently, defendant's answer, motion or other response is currently due on November 7, 2005.

2. Defendant expects to file an answer to the Complaint, and needs a brief amount of additional time to complete its investigation into the allegations in the Complaint in order to properly respond.

3. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including November 21, 2005.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any

other in-court matters.

    5.  This is the first enlargement of time sought in this matter by defendant.

    6.  Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff.  Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant his Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

                          Respectfully submitted,

                          /s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

                          /s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

                          /s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: November 1, 2005