**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

HONEYWELL TECHNOLOGY SOLUTIONS, )
    INC.                                      )
                                           )
       **Plaintiffs,**                     )
                                           )
       **v.**                              ) **Civil Action No. 05-1772 (RWR)**
                                           )
**DEPARTMENT OF THE AIR FORCE,**    )
                                           )
       **Defendant.**                    )

## ORDER

Upon consideration of Defendant's Motion for Extension of Time to Answer, Move or

Otherwise Respond to the Complaint, it is hereby

  ORDERED that the Motion is GRANTED, and it is further

ORDERED defendant shall have until November 21, 2005 within which to respond to the

Complaint

SO ORDERED.

                                         _____
                                         RICHARD W. ROBERTS
                                         UNITED STATES DISTRICT JUDGE