UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL TECHNOLOGY SOLUTIONS, INC. ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF THE AIR FORCE, ) ) Defendant. ) | Civil Action No. 05-1772 (TFH) |

### JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER

Pursuant to this Court's November 22, 2005 Order and Local Rule 16.3, the parties hereby submit the following Report and motion for entry of a scheduling order.

1. This action is a "reverse FOIA" case, in which the plaintiff, Honeywell Technology Solutions, Inc., challenges the Department of the Air Force's administrative decision to release information that has been requested under the Freedom of Information Act. Plaintiff claims that the information constitutes trade secret and confidential commercial and financial information, the release of which will cause substantial harm to plaintiff.

2. As this is an action for review on an administrative record, it is exempt from Local Rule 16.3. See Local Rule 16.3(b)(1).

3. In lieu of a 16.3 statement, the parties hereby file a Joint Motion for Entry of a Scheduling Order, establishing a schedule for the submission of the administrative record and for summary judgment briefing. The parties would request that the following be adopted as the scheduling order

in this case:

| | |
|---|---|
| Filing of Administrative Record: | February 27, 2006 |
| Defendant's Motion for Summary Judgment: | April 4, 2006 |
| Plaintiff's Opposition and Cross Motion: | May 9, 2006 |
| Defendant's Reply/Opposition: | June 9, 2006 |
| Plaintiff's Reply: | June 30, 2006 |

WHEREFORE, the parties request that the Court enter a scheduling order in this case. A proposed order is included.[1]

Respectfully submitted,

_____/s/_____
RICHARD J. VACURA, D.C. Bar # 436669
HOLLY EMRICK SVETZ, D.C. Bar # 442868
Morrison and Foerster LLP
1650 Tysons Blvd., Suite 300
McLean, VA 22102
(703) 769-7700

Counsel for Plaintiff

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

---

[1] The parties further submit that if the Court does enter the proposed order, an initial scheduling conference may not be necessary, and the parties would have no objection to vacating the initial scheduling conference.

_____/s/_____
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: January 25, 2006