UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL TECHNOLOGY SOLUTIONS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-1772 (TFH) ) |
| DEPARTMENT OF THE AIR FORCE, | ) ) |
| Defendant. | ) |

### ORDER

Upon consideration of the parties' Joint Motion for Entry of Scheduling Order, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the following schedule shall govern further proceedings in this matter:

| | |
|---|---|
| Filing of Administrative Record: | February 27, 2006 |
| Defendant's Motion for Summary Judgment: | April 4, 2006 |
| Plaintiff's Opposition and Cross Motion: | May 9, 2006 |
| Defendant's Reply/Opposition: | June 9, 2006 |
| Plaintiff's Reply: | June 30, 2006 |

SO ORDERED.

_____
THOMAS F. HOGAN
CHIEF JUDGE