UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.** ) | ) |
| ) | |
| **Plaintiffs,** ) | ) |
| ) | |
| v. ) | ) Civil Action No. 05-1772 (TFH) |
| ) | |
| **DEPARTMENT OF THE AIR FORCE,** ) | ) |
| ) | |
| **Defendant.** ) | ) |

**DEFENDANT'S CONSENT MOTION
FOR ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully moves this Court for an enlargement of time, through and including March 3, 2006, within which to file the administrative record in this matter. Good cause exists to grant this Motion:

1. Under the current scheduling order in this case, the administrative record is due to be filed on February 27, 2006.

2. Defendant is still finalizing the administrative record, and the record will not be ready to file by February 27.

3. Defendant therefore seeks an extension of time, through and including March 3, 2006, within which to file the Administrative Record in this matter.

4. Defendant does not seek the alteration of any of the subsequent briefing dates.

5. Plaintiff's counsel has graciously given her consent to the relief requested.

WHEREFORE, defendant requests that the Court grant its Motion for Extention of Time.

A proposed order is included.

                                              Respectfully submitted,

_____
RICHARD J. VACURA, D.C. Bar # 436669
HOLLY EMRICK SVETZ, D.C. Bar # 442868
Morrison and Foerster LLP
1650 Tysons Blvd., Suite 300
McLean, VA 22102
(703) 769-7700

Counsel for Plaintiff


_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: January 25, 2006