**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **Civil Action No. 05-1772 (TFH)** |
| | ) |
| **DEPARTMENT OF THE AIR FORCE,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of Defendant's Motion for Extension of Time to File Administrative Record, it is hereby ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendant shall have until March 3, 2006 within which to file the Administrative Record in this matter.

SO ORDERED.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE