UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS,** )<br>          **INC.** ) <br> ) <br>          **Plaintiffs,** ) <br> ) <br>          v. ) <br> ) <br> **DEPARTMENT OF THE AIR FORCE,** ) <br> ) <br>          **Defendant.** ) | **Civil Action No. 05-1772 (TFH)** |

**DEFENDANT'S CONSENT MOTION
FOR ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully moves this Court for an enlargement of time, through and including March 24, 2006, within which to file the administrative record in this matter, and that the dates for the briefing of dispositive motions be enlarged accordingly.  Good cause exists to grant this Motion:

1. Under the current scheduling order in this case, the administrative record is due to be filed on March 3, 2006.

2.  Defendant had expected to have the record finalized and filed by March 3; however, counsel for defendant has a jury trial beginning on March 6, 2006, which is expected to run for six full trial days.  Preparing for this trial has greatly compromised counsel's ability to finish addressing the outstanding matters related to the administrative record in this matter.

3. Defendant therefore seeks an extension of time, through and including March 24, 2006, within which to file the Administrative Record in this matter, and that the dates for the filing of

dispositive motions be extended accordingly, as set forth in ths attached proposed order.

    4. Plaintiff's counsel has graciously given her consent to the relief requested.

WHEREFORE, defendant requests that the Court grant its Motion for Extension of Time.

A proposed order is included.

                      /s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

                      /s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

                      /s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: March 2, 2006