UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **Civil Action No. 05-1772 (TFH)** ) |
| **DEPARTMENT OF THE AIR FORCE,** | ) ) |
| **Defendant.** | ) ) |

### DEFENDANT'S CONSENT MOTION
### FOR ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully moves this Court for an enlargement of time, through and including April 7, 2006, within which to file the administrative record in this matter, and that the dates for the briefing of dispositive motions be enlarged accordingly. Good cause exists to grant this Motion:

1. Under the current scheduling order in this case, the administrative record is due to be filed on March 24, 2006.

2. The issues with respect to the contents of the administrative record have been largely resolved. However, in this "reverse FOIA" matter, the portions that plaintiff believes should be withheld as confidential commercial information, and the portions that the agency contends are properly withheld were marked with a highlighter. When the highlighted originals were copied, the highlighted portions did not appear on the copies. Consequently, other arrangements have to be made so that counsel for both parties and the Court all have versions of the administrative record that

show the scope parties' disagreement about what materials should be withheld under FOIA Exemption 4.

3. Defendant has been unable to address this matter previously because of a jury trial that ran from March 6 through March 17, 2006 in <u>Davis v. Gonzales</u>, 01-0331 (RBW).

4. Defendant therefore seeks an extension of time, through and including April 7, 2006, within which to file the Administrative Record in this matter, and that the dates for the filing of dispositive motions be extended accordingly, as set forth in ths attached proposed order.

5. Plaintiff's counsel has graciously given her consent to the relief requested.

WHEREFORE, defendant requests that the Court grant its Motion for Extension of Time. A proposed order is included.

                                                   /s/
                           KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

                                 /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                 /s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: March 23, 2006