UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1772 (TFH) |
| ) | |
| **DEPARTMENT OF THE AIR FORCE,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S CONSENT MOTION
FOR ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully moves this Court for an enlargement of time, through and including April 25, 2006, within which to file the administrative record in this matter, and that the dates for the briefing of dispositive motions be enlarged accordingly. Good cause exists to grant this Motion:

1. Under the current scheduling order in this case, the administrative record is due to be filed on April 7, 2006.

2. As explained in defendant's previous motion for an enlargement of time, this is a "reverse-FOIA" matter, in which the portions of the administrative record that plaintiff believes should be withheld as confidential commercial information were marked with a highlighter, and the portions that the agency proposed to withhold were similarly marked.

3. The Air Force made arrangements to have color copies made of the record that would reflect the highlighted portions; however, the contractor made black-and-white copies, and the

-1-

highlighting did not show. In addition, in the course of making the copies, the contractor disassembled the bound copies.

4. As such, the Air Force needs to both re-assemble the record and make new arrangements for copying. The Air Force estimates that this may take as much as ten days.

5. Defendant therefore seeks an extension of time, through and including April 25, 2006, within which to file the Administrative Record in this matter, and that the dates for the filing of dispositive motions be extended accordingly, as set forth in ths attached proposed order.

6. Plaintiff's counsel has graciously given her consent to the relief requested.

WHEREFORE, defendant requests that the Court grant its Consent Motion for Extension of Time. A proposed order is included.

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: April 6, 2006