UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL TECHNOLOGY SOLUTIONS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-1772 (TFH) ) |
| DEPARTMENT OF THE AIR FORCE, | ) ) |
| Defendant. | ) |

**ORDER**

Upon consideration of defendant's consent motion for enlargement of time to file Administrative Record, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the following schedule shall govern further proceedings in this matter:

| | |
|---|---|
| Filing of Administrative Record: | April 25, 2006 |
| Defendant's Motion for Summary Judgment: | May 31, 2006 |
| Plaintiff's Opposition and Cross Motion: | June 30, 2006 |
| Defendant's Reply/Opposition: | July 20, 2006 |
| Plaintiff's Reply: | August 11, 2006 |

SO ORDERED.

_____
THOMAS F. HOGAN
CHIEF JUDGE