## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL TECHNOLOGY SOLUTIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1772 (TFH) |
| | ) |
| DEPARTMENT OF THE AIR FORCE, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S CONSENT MOTION
## FOR ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully moves this Court for an enlargement of time, through and including July 14, 2006, within which to file the administrative record in this matter, and that the dates for the briefing of dispositive motions be enlarged accordingly.  Good cause exists to grant this Motion:

1.  Under the current scheduling order in this case, the administrative record is due to be filed on April 25, 2006.

2.  This matter is a "reverse FOIA" case, involving a FOIA request for certain contract information submitted by plaintiff. As explained in defendant's previous extension motions, defendant has been working on finalizing the administrative record; a task complicated by the fact that three versions of the contract are needed for the adjudication of this case; a complete copy of the contract, a copy of that indicates that materials that plaintiff believes should not be disclosed, and a version indicating what portions defendant proposes to disclose.

3.  In its prior motions for enlargement of time to file the administrative record, defendant described the difficulties it was having in producing copies of each version of the record useable by the parties and the Court.

4.  In doing the final "quality check" in anticipation of today's filing, defendant has determined that the various versions of the contract do not appear to be identical.

5.  Since the adjudication of this case requires that the parties and the Court be able to review the differences between what plaintiff and defendant claims may be properly released, having consistent versions of the contract is critical.

6.  To accomplish this, and to ensure that there are no further problems with the preparation of the Administrative Record, defendant is sending the record back to Colorado (where the relevant office is located) to insure that identical, correct versions of the contract are prepared for the parties and the Court.  This process, the copying and the quality checking is expect to take as much as ninety (90) days to complete.

7.  Defendant therefore seeks an extension of time, through and including July 14, 2006, within which to file the Administrative Record in this matter, and that the dates for the filing of dispositive motions be extended accordingly, as set forth in ths attached proposed order.

8.  Defendants acknowledge that there have been several requests for extensions of this deadline, and wish to assure both plaintiff and the Court that these extensions are not being sought for purposes of delay.  Rather, it is out of recognition that the most just, speedy and inexpensive determination of this matter will come from having the correct Administrative Record filed before briefing begins and before the Court begins the process of adjudicating this matter.

9.  Plaintiff's counsel has graciously given her consent to the relief requested.

WHEREFORE, defendant requests that the Court grant its Consent Motion for Extension of Time.  A proposed order is included.

                                                       /s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


                                                       /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


                                                       /s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: April 25, 2006