UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL TECHNOLOGY SOLUTIONS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-1772 (TFH) ) |
| DEPARTMENT OF THE AIR FORCE, | ) ) |
| Defendant. | ) |

### ORDER

Upon consideration of defendant's consent motion for enlargement of time to file Administrative Record, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the following schedule shall govern further proceedings in this matter:

| | |
|---|---|
| Filing of Administrative Record: | July 14, 2006 |
| Defendant's Motion for Summary Judgment: | August 18, 2006 |
| Plaintiff's Opposition and Cross Motion: | September 22, 2006 |
| Defendant's Reply/Opposition: | October 13, 2006 |
| Plaintiff's Reply: | November 3, 2006 |

SO ORDERED.

_____
THOMAS F. HOGAN
CHIEF JUDGE