**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF THE AIR FORCE,**<br><br>**Defendant.** | Civ. No. 05-1772 (TFH) |

**ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT OF TIME**

Upon consideration of Defendant's consent motion for enlargement of time to file Administrative Record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the following schedule shall govern further proceedings in this matter:

Filing of Administrative Record: July 14, 2006

Defendant's Motion for Summary Judgment: August 18, 2006

Plaintiff's Opposition and Cross Motion: September 22, 2006

Defendant's Reply/Opposition: October 13, 2006

Plaintiff's Reply: November 3, 2006

**SO ORDERED.**

May 1, 2006                                                                                       /s/
                                                                                    Thomas F. Hogan
                                                                                       Chief Judge