UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL TECHNOLOGY SOLUTIONS, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 05-1772 (TFH)<br>) |
| DEPARTMENT OF THE AIR FORCE, | )<br>) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION**
**FOR ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully moves this Court for an enlargement of time, through and including September 15, 2006, within which to file the administrative record in this matter, and that the dates for the briefing of dispositive motions be enlarged accordingly. Good cause exists to grant this Motion:

1. Under the current scheduling order in this case, the administrative record is due to be filed on July 14, 2006.

2. This matter is a "reverse FOIA" case, involving a FOIA request for certain contract information submitted by plaintiff. As explained in defendant's previous extension motions, defendant has been working on preparing the administrative record; a task complicated by the fact that three versions of the contract are needed for the adjudication of this case; a complete copy of the contract, a copy of that indicates that materials that plaintiff believes should not be disclosed, and a version indicating what portions defendant proposes to disclose.

3. The copy of the Administrative Record delivered this day contained the same problems

-1-

as the version of the record that necessitated the previous extension; specifically, the three versions of the contract are not identical.

4. Since the adjudication of this case requires that the parties and the Court be able to review the differences between what plaintiff and defendant claims may be properly released, having consistent versions of the contract is critical.

5. Defendant thus must, once again, fix the administrative record before proceeding with this case on the merits. Recognizing that there have been several extensions for this purpose already, the Air Force has committed to adding extra people and authorizing overtime to get the record correct;y done.

6. Defendant estimates that it still may take as much as 60 days to get the record properly assembled and copied, and to give plaintiff sufficient time with an advance version to ensure accuracy.

7. In addition, in the course of conferring with plaintiffs under Rule 7m, the parties have decided that, if the requested relief is granted by the Court, the parties will use this as an opportunity to meet and review the differences between them as to what may be released and what should be withheld under Exemption 4, in the hopes of either resolving this case or narrowing the issues in dispute.

8. Plaintiff's counsel has graciously given her consent to the relief requested.

WHEREFORE, defendant requests that the Court grant its Consent Motion for Extension of Time. A proposed order is included.

                                                  /s/
                              KENNETH L. WAINSTEIN, D.C. Bar #451058
                              United States Attorney

|  | /s/ |
|---|---|
|  | RUDOLPH CONTRERAS, D.C. BAR #434122 |
|  | Assistant United States Attorney |

/s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: July 14, 2006