**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.,**<br><br>    **Plaintiff,**<br><br>  **v.**<br><br>**DEPARTMENT OF THE AIR FORCE,**<br><br>    **Defendant.** | **Civ. No. 05-1772 (TFH)** |

**ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT OF TIME**

Upon consideration of Defendant's consent motion for enlargement of time to file

Administrative Record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the following schedule shall govern further proceedings in this matter:

Filing of Administrative Record: September 15, 2006

Defendant's Motion for Summary Judgment: October 18, 2006

Plaintiff's Opposition and Cross Motion: December 22, 2006

Defendant's Reply/Opposition: January 12, 2006

Plaintiff's Reply: February 5, 2006

**SO ORDERED.**

July 17, 2006                                               /s/
                                                    Thomas F. Hogan
                                                      Chief Judge