UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF THE AIR FORCE,**<br><br>**Defendant.** | Civ. No. 05-1772 (TFH) |

### AMENDED ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT OF TIME

Upon consideration of Defendant's consent motion for enlargement of time to file Administrative Record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the following schedule shall govern further proceedings in this matter:

Filing of Administrative Record: September 15, 2006

Defendant's Motion for Summary Judgment: October 18, 2006

Plaintiff's Opposition and Cross Motion: December 22, 2006

Defendant's Reply/Opposition: January 12, 2007

Plaintiff's Reply: February 5, 2007

**SO ORDERED.**

July 18, 2006

/s/
Thomas F. Hogan
Chief Judge