UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.** ) | ) |
| ) | |
| **Plaintiff,** ) | ) |
| ) | |
| v. ) | **Civil Action No. 05-1772 (TFH)** |
| ) | |
| **DEPARTMENT OF THE AIR FORCE,** ) | ) |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S CONSENT MOTION**
**FOR ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully moves this Court for an enlargement of time, through and including October 31, 2006, within which to file the administrative record in this matter, and further requests that the dates for the briefing of dispositive motions be enlarged accordingly. Good cause exists to grant this Motion:

1. Under the current scheduling order in this case, the administrative record is due to be filed on September 15, 2006.

2. This matter is a "reverse FOIA" case, involving a FOIA request for certain contract information submitted by plaintiff. As explained in defendant's previous extension motions, defendant has been working on preparing an accurate administrative record, and one that is usable by the parties and the Court to review the differences between what plaintiff believes should be withheld and what defendant believes should be withheld.

3. The record has now been assembled by the Department of the Air Force at its Peterson Air Force base locations; however, the record was only received locally this morning (September 14,

2006).

4. Defendant thus needs an extension of time for the filing of the record, so that the record can be quality checked and copied.

5. In addition, in defendant's previous motion for extension of time, the Air Force had represented that it expected to meet with plaintiff and see if this matter could be resolved, or if the areas of dispute could be narrowed. Since the record was not received until this day, the parties have not yet had the opportunity to meet. Because of the considerable travel schedule of plaintiff's principal counsel at this particular time, the parties do not expect to be able to meaningfully address this matter until mid-to-late October.

6. Defendant thus requests that the filing of Administrative Record be extended until October 31, 2006, which should provide adequate time for the parties to meet and see if a non-judicial resolution can be reached in whole or in part.

7. Plaintiff's counsel has graciously given consent to the relief requested.

WHEREFORE, defendant requests that the Court grant its Consent Motion for Extension of Time. A proposed order is included.

Respectfully Submittted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                /s/
_____
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: September 14, 2006