UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF THE AIR FORCE,** )<br>)<br>Defendant. ) | Civil Action No. 05-1772 (TFH) |

## ORDER

Upon consideration of defendant's consent motion for enlargement of time to file the Administrative Record, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the following schedule shall govern further proceedings in this matter:

| | |
|---|---|
| Filing of Administrative Record: | October 31, 2006 |
| Defendant's Motion for Summary Judgment: | December 12, 2006 |
| Plaintiff's Opposition and Cross Motion: | January 23, 2007 |
| Defendant's Reply/Opposition: | February 15, 2007 |
| Plaintiff's Reply: | March 8, 2007 |

SO ORDERED.

_____
THOMAS F. HOGAN
CHIEF JUDGE