UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 05-1772 (TFH) <br> ) |
| **DEPARTMENT OF THE AIR FORCE,** | ) <br> ) |
| Defendant. | ) |

### DEFENDANT'S UNOPPOSED MOTION FOR A STAY

Defendant Department of the Air Force moves for a stay of all proceedings in this manner, pending the D.C. Circuit's disposition of Canadian Commercial Corp. v. Department of the Air Force, 06-5310. Good cause exists to grant this Motion:

1. This matter is a "reverse FOIA" case, involving a FOIA request for certain contract information submitted by plaintiff Honeywell Technology Solutions in the course of bidding on Contract No. F04701-02-D-0006. Among the issues in this case is whether certain Contract Line Item technical and pricing information ("CLINs") may be released under the FOIA or must be withheld under Exemption 4 as proprietary and confidential information.

2. On August 3, 2006, another Court in this District issued a decision in a reverse FOIA case involving a proposed release of contract pricing information submitted in connection with a bid on a different Air Force contract. See Canadian Commercial Corp. v. Department of Air Force, 04-1189 (JDB). The District Court concluded that the agency's decision (with one exception) was arbitrary and capricious, and remanded the case for further proceedings.

3. The government noticed its appeal in the Canadian Commercial Corp. case in September

2006.  See No. 06-5310 (D.C. Cir.)

    4.  Given the overlap in issues between Canadian Commercial Corp. and the instant case, a decision by the D.C. Circuit Court of Appeals will likely impact the ultimate disposition of this matter.  Defendant Air Force thus submits that the instant matter should be stayed pending the disposition of the Canadian Commercial case.[1]

    5.  Defendant's counsel has conferred with plaintiff's counsel, who does not oppose a stay under these circumstances.

    WHEREFORE, defendant requests that the Court grant its Consent Motion for a Stay.  A proposed order is included.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 514-7157

Attorneys for Respondent

Date:  October 31, 2006

---

[1] Defendants will assume the responsibility for informing the Court at such time as a decision is issued in Canadian Commercial, as reflected in the attached proposed order.