# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. 05-1772 (TFH)<br>) |
| **DEPARTMENT OF THE AIR FORCE,** | )<br>) |
| **Defendant.** | ) |

## ORDER

Upon consideration of defendant's unopposed motion for a stay, it is hereby

ORDERED that this matter is stayed pending further order of the Court, and it is further

ORDERED that defendant shall notify the Court when there has been a final decision in the <u>Canadian Commercial v. Department of the Air Force</u> matter (D.C. Cir. No. 06-5310).

SO ORDERED.

_____
THOMAS F. HOGAN
CHIEF JUDGE