UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL TECHNOLOGY SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE AIR FORCE,<br><br>Defendant. | Civil Action No. 05-1772 (TFH) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Defendant, U.S. Department of the Air Force, respectfully notifies the Court and Counsel of the substitution of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the Defendant in this matter in the place of Peter Blumberg, former Assistant U.S. Attorney.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17TH day of January, 2007, I caused the foregoing Notice of Substitution of Counsel to be served on Counsel for the Plaintiff by the Electronic Court Filing system or, if this means fails, then by first class mail, postage prepaid, addressed as follows:

Rick Vacura, Esq.
Morrison & Foerster, LLP
1650 Tysons Blvd., Suite 300
McLean, VA 22102

/s/
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739