UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL TECHNOLOGY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF THE AIR FORCE, <br><br> Defendant. | Civil Action No. 05-1772 (TFH) |

## STATUS REPORT

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully advises the Court that the United States Court of Appeals for the District of Columbia Circuit has issued a decision in the case of Canadian Commercial Corp. v. Department of Air Force, 514 F.3d 37 (D.C. Cir. 2008). Thereafter, the Defendant, in consultation with the U.S. Department of Justice, after a lengthy period of consideration, determined not to pursue rehearing *en banc* or a *writ of certiorari* to the United States Supreme Court.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2008, I caused the foregoing Status Report to be served on Counsel for the Plaintiff by the Electronic Court Filing system or, if this means fails, then by first class mail, postage prepaid, addressed as follows:

Rick Vacura, Esq.
Morrison & Foerster, LLP
1650 Tysons Blvd., Suite 300
McLean, VA 22102

                                                /s/
                          OLIVER W. McDANIEL, D.C. Bar No. 377-360
                          Assistant United States Attorney
                          Civil Division
                          555 4th Street, N.W.
                          Washington, D.C.  20530
                          (202) 616-0739